# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00324-CV

**A. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 318,020-B, THE HONORABLE CHRISTOPHER L. CORNISH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A.W. filed notice of appeal on July 12, 2021. The appellate record was complete on July 22, 2021, making appellant's brief due on August 11, 2021. On that date, counsel for appellant did not file a brief but filed a motion for extension of time, requesting an additional twenty days to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Agata Vana to file appellant's brief no later than August 31, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 16, 2021.

Before Justices Goodwin, Baker, and Smith